* Sealed Not Taped *

DWCC
JUN 16 2025
NOT RESPONSIBLE FOR CONTENTS

* Legal Mail - Confidential *

Earnest Joseph #607759
DWCC N4-D#6
670 Bell Hill Road
Homer, LA. 71040

SHREVEPORT LA 710
17 JUN 2025 AM 3 L

X-RAYED

RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
JUN 2 0 2025
DANIEL J. McCOY, CLERK
BY: ________

TO: Clerk of the
United States District Court
Western District of Louisiana
300 Fannin St. Suite 1167
Shreveport, LA. 71101-3083

71101-312292

* Legal Mail - Confidential *