RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
JUL 2 9 2025
DANIEL J. McCOY, CLERK
BY: mdh

(Rev. 8/14/2023)

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

**DEVACHEAY MARTIN #758635** — **CASE NO. 5:25-CV-00881 SEC P**

**VERSUS** — **JUDGE TERRY A. DOUGHTY**

**STAFF OF DAVID WADE CORRECTIONAL CENTER** — **MAGISTRATE JUDGE HORNSBY**

**COMPLAINT**
**PRISONER CIVIL RIGHTS UNDER 42 U.S.C. § 1983**

## I. Previous Lawsuits

a. Have you begun any other lawsuit while incarcerated or detained in any facility?
Yes ☐ No ☑

b. If your answer to the preceding question is "Yes," provide the following information.

1. State the court(s) where each lawsuit was filed (if federal, identify the District, if state court, identify the county of parish):

_______________________________________________

_______________________________________________

2. Name the parties to the previous lawsuit(s):

Plaintiffs: _______________________________________________

Defendants: _______________________________________________

3. Docket number(s): _______________________________________________

4. Date(s) on which each lawsuit was filed: _______________________________________________

5. Disposition and date thereof [For example, was the case dismissed and when? Was it appealed and by whom (plaintiff or defendant)? Is the case still pending?]:

_______________________________________________

c. Have you filed any lawsuit or appeal in any federal district court or appeals court which has been dismissed?
Yes ☐ No ☑

*(Rev. 8/14/2023)*

If your answer to the preceding question is "Yes," state the court(s) which dismissed the case, the civil action number(s), and the reason for dismissal (e.g., frivolity, malice, failure to state a claim, defendants immune from relief sought, etc.).

____________________________________________

____________________________________________

**II. a. Name of institution and address of current place of confinement:**

David Wade Correctional Center 670 Bell Hill Road Homer, LA 71040

b. Is there a prison grievance procedure in this institution?
Yes ☑ No ☐

1. Did you file an administrative grievance based upon the same facts which form the basis of this lawsuit? Yes ☑ No ☐

   If "Yes," what is the Administrative Remedy Procedure number?

   (1) ARP-DWCC-2025-0343

2. If you did not file an administrative grievance, explain why you have not done so.

   ____________________________________________

   ____________________________________________

3. If you filed an administrative grievance, answer the following question. What specific steps of the prison procedure did you take and what was the result? (For example, for state prisoners in the custody of the Department of Public Safety and Corrections: did you appeal any adverse decision through to Step 3 of the administrative grievance procedure by appealing to the Secretary of the Louisiana Department of Public Safety and Corrections? For federal prisoners: did you appeal any adverse decision from the warden to the Regional Director for the Federal Bureau of Prisons, or did you make a claim under the Federal Tort Claims Act?

   I filed several ARP'S on the incident and they Backlog it * Put it on Hold*

   Attach a copy of each prison response and/or decision rendered in the administrative proceeding.

**III. Parties to Current Lawsuit:**

a. Name of Plaintiff: De'vacheay Martin

Address: 670 Bell Hill Road Homer, LA 71040 David wade correctional

b. Defendant, LT Richard Rogers, is employed as David wade correctional center at 670 Bell Hill Road Homer, LA 71040.

Defendant, MSGT Dante wiebke, is employed as David wade correctional center at 670 Bell Hill Road Homer, LA 71040.

Defendant, MSGT Tyler Langley, is employed as David wade correctional center at 670 Bell Hill Road Homer, LA 71040

Additional defendants: SGT Lorenzo Jackson, MSGT Jesse Parks, CPT Robert Davis, MSGT Jacquavious Crane

## IV. Statement of Claim

State the **FACTS** of your case. Specifically describe the involvement and actions of each named defendant. Include the names of all persons involved in the incident(s) or condition(s) giving rise to the lawsuit, and the dates upon which and the places where the incident(s) and/or condition(s) occurred. **YOU ARE REQUIRED TO SET FORTH ONLY FACTUAL ALLEGATIONS. YOU ARE NOT REQUIRED TO SET FORTH LEGAL THEORIES OR ARGUMENTS. IF EXTRA PAGES ARE REQUIRED TO STATE THE FACTS OF YOUR CASE, YOU ARE LIMITED TO FIVE TYPEWRITTEN OR TEN LEGIBLE HANDWRITTEN PAGES PURSUANT TO LOCAL CIVIL RULE 3.2.**

(1)

Unsanitary Practice + Inhumane Conditions

I'm writing about the cruel and unusual Punishment, unsanitary Practice, inhumane conditions, and abuse over authority!
first off I want to start off with the Location N4 C tier (a super Max tier). The conditions were living in is very inhumane and unsanitary, it has Black mold and humane feces on the ceiling, it's very very hot on the tier ~ we have NO A/C only small wall fans that does NO good, Every toilet leaks from the bottom which is causing a bad odor on the tier, we gets No cleaning supplies to decontaminate the floors, ceiling, and the base of the walls which is Now turning black. Our drinking water that comes out of the sink is brown *Rusted* and can't be consumed, we gets No ice call or water call, the food comes cold-warm-or Prewarm and have multiple inmates with stomach Pains because of the temperature. The tier is infested with Black widow, Brown Recluses, roaches, ants, and other spiders that'll cause serious harm to each individual on N4 C tier. We hardly ever get recreation (1 hour) which is mandated by State, and if we are going outside for recreation D.W.C.C. Staffs working day shifts will always ~~Make~~ Force us Shower befor we go out. Other times they'll take our recreation and write refuse in they log book, for Showers they'll do the same most days. We dont get any soap, 1 roll of tissue Every 3 weeks, it's to the point were we got to beat on the cell door and almost catch a rule infraction Just to get tooth Paste and tooth brushes, They constantly holds our mail for like 3-4 days after it arrives, We only get One 15min Phone call a weekend Saturday or Sunday, and we can Not get No Attorney call throughout the weekdays. They refuse to give us Styrofoam cups and trays with Plastic spoons. They Trays, cups, and spoons

②

We get doesn't get cleand Properly with Chloride Bleach. It has inmates be urinating on the Trays and cups or Putting Feces on the Trays and cups and stirring it up with the spoons. MSGT Darryl Island here at David wade Correctional Center is a witness of to whats going on with our eatting material. We still get trays that smell like Feces which makes us tend to go on hunger strike - Head Warden Michelle Dauzat is aware of whats going and is doing nothing about it.

Cruel and Unusal Punishment + Abuse over Authority

I want to start off by saying LT. Richard Rogers, MSGT Dante Wiebke, SGT Lorenzo Jackson, SGT JaQuavious Crane are labeling they selfs as gang members called "*The Last Slimetos*"-AKA*Shiesty Gang Kartel*. Those officers listed above work N4 unit almost everyday of the week and ~~and~~ go around Provoking inmates including me. LT Richard Rogers is the ring leader he has multiple PREA's on him for Sexual Assualt multiple Arp's on him for Excessive Force - So does his little brother SGT JaQuavious crane. They go around the unit talking about inmates Family, threating us, spitting on certain inmates, or deploy chemical agents on us without cause. They also will fully restrain an inmate (handcuff us behind our back and make us catch our knees Facing the wall to Put leg shackles on us and beat us). I was a Victim to that on April 07, 2025 at Approx: 8:45pm. In the Process of being beating I was knocked unconcious by getting my head rammed into the wall several times, and when I regained concious LT Richard Roger had

(3)

I was threaten Not to say anything to medical and was denied Proper treatment

Cruel and Unusual Punishment + Abuse Over Authority

his Knees in my back and Neck why his brother SGT Jaquavious Crane was Punching me in the Face. The right side of my head was busted *leaking Blood*, My face was swollen the right side, my teeth chip in the back *TOP k9*, My lip was busted, and the bottom of my chin was gashed open. My head still has a knot and my chin is Permanetly scared. Officers who was aware and at the scene was Captain Robert Davis, Major Jenson Guilletine, Captain Malcolm, MSGT Jesse Parks SGT Jaquavious Crane, LT. Richard Rogers. Neither officer Reported it to a higher ranking officer. I did multiple ARPS on the incedent I notified Head warden Michelle Dauzat, ASS. warden Rodrick Malcolm, ASS. warden of Security Tyrone Mays, ASS. Warden Dakota Nalitt, ASS. warden Kimble, LT. Colonel S. Hurd, Major Eddie Kennedy, Captain D. Jones. Nothing has been done about the situation LT. Richard Rogers and SGT Jaquavious Crane still works around me and be threaten me. SGT Lorenzo Jackson be threaten me to drop my Paper work on both officers, Captain Robert Davis be threaten me with a chemical Agents can, and MSGT Dante Wiebke and LT Richard Roger are keep coming in my cell searching it and Planting Contraband in my cell and be giving me rule infractions for it. David Wade Correctional Staff Tend to Plant unauthorize items in your cell when you refuse to give up your Showers or haircuts, and Soon as you leave out your cell they'll Plant Something to Put you on Policy 34 *Stripe cell Status* meaning they'll take Everything out your cell Mattress, Property, clothes, slippers, legal mail, tissue, Soap Etc. Everything! Multiple inmate Say they're Homicide/Suicide and D.W.C.C Staff working NH tell us to kill ourselfs. When asking for Mental Health

(4)

Attachments

you get refused or ignored. When MSGT Dante Wiebke broke my right index Finger. I did an ARP and was denied medical For 18 days Straight, When they ArP got Accepted LT Richard Rogers and MSGT Dante Wiebke came and Searched my cell and took my Pictures OF my Family & Kids until I drop the ARP on them. Thats Extortion and my 8th and 14th Amendment is constantly being Violated.

I've wrote Head Warden Michelle Dauzat multiple times on multiple occasions about her Staff abusing they authority, the inhumane conditions, the unsanitary Practice, the Cruel and unusual Punishment, The Beatings, the ArPs, and the Prea's. She isn't doing anything about it. My Constitutional Rights are being violated.

/s/ Durachery Martin
DOC# 758635
N4 C-6

*(Rev. 8/14/2023)*

## V. Relief

State exactly what you want the court to provide to you or do for you. Make no legal arguments. Cite no cases or statutes.

I would like to be shipped because I fear for my life and safety and I would like to be entitled to compensation for the inhumane conditions, unsanitary practice, and the cruel and unusal Punishment.

## VI. Plaintiff's Declaration

a. I understand that if I am transferred or released, I must apprise the Court of my address, and my failure to do so may result in this complaint being dismissed.

b. I understand that I may not proceed without prepayment of costs if I have filed three lawsuits and/or appeals that were dismissed on grounds that the action and/or appeal was frivolous or malicious, or failed to state a claim upon which relief may be granted, unless I am in imminent danger of serious physical injury.

c. If I am located in a prison participating in the Electronic Filing Pilot Program, I consent to receive orders, notices and judgments by Notice of Electronic Filing.

**Signed this _________ day of ____________________, 20____.**

DOC#758635

**Prisoner no. (Louisiana Department of Corrections or Federal Bureau of Prisons**

Dum Marlen

**Signature of Plaintiff**