De'vacheay Martin DOC# 158635
670 Bell Hill Road
Homer, La
D.W.C.C

FIRST-CLASS
US POSTAGE PITNEY BOWES
ZIP 71040 $ 003.00⁰
02 7W
0008028989 JUL 25 2025

X-RAY

RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
JUL 2 9 2025
DANIEL J. McCOY, CLERK
BY: mdh

Clerk, United States District
Western District of Louisiana
300 Fannin ST. Suite 1167
Shreveport, LA
71101-3083