UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| **DEVACHEAY MARTIN** | **CIVIL ACTION NO. 25-881-P** |
| **VERSUS** | **JUDGE DOUGHTY** |
| **DAVID WADE CORRECTIONAL CENTER STAFF, ET AL.** | **MAGISTRATE JUDGE HORNSBY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein [Doc. No. 9], after an independent review of the record, noting the lack of written objections filed by Plaintiff Devacheay Martin ("Plaintiff"), and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's complaint [Doc. No. 5] is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

MONROE, LOUISIANA, this 8th day of December 2025.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE